NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN OPERATIONS, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES AND UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC. AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.**
*Defendants-Appellees.*

---

2012-1200

---

Appeal from the United States Court of International Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

---

## ON MOTION

---

## ORDER

Ethan Allen Global, Inc. et al. submit a motion for an injunction, pending appeal, to prohibit the United States from distributing funds currently being held for Ethan Allen.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States is directed to respond by February 28, 2012. Any other appellee who intends to respond must respond by that date.

FOR THE COURT

FEB 2 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
    Patrick V. Gallagher, Esq.
    Jessica R. Toplin, Esq.
    Craig A. Lewis, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK